UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 1:25-CR-47-HAB |
| ) | |
| LAURA GAVINA VALLEJO ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 28], filed on October 2, 2025. The Defendant has waived objection to the Findings and Recommendation prior to expiration of the 14 day deadline by filing his Notice of No Objection to Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty [ECF No. 31] filed on October 8, 2025. The Government has also filed a Notice of No Objection to Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty [ECF No. 32] filed on October 8, 2025.

The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 28] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count 1 of the Indictment is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense.

SO ORDERED on October 9, 2025.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT